**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **CE Electrical Contractors LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 38-3923922 | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **51 Wooster Court**<br>**Bristol, CT 06010**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hartford**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **n/a** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | CE Electrical Contractors LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____2382_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Debtor   **CE Electrical Contractors LLC**                          Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **CE Electrical Contractors LLC**                                          Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **CE Electrical Contractors LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  5, 2021**
                       MM / DD / YYYY

**X** **/s/ Paul Calafiore**                              **Paul Calafiore**
Signature of authorized representative of debtor          Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Jenna N. Sternberg**                Date    **March  5, 2021**
Signature of attorney for debtor                        MM / DD / YYYY

**Jenna N. Sternberg**
Printed name

**Boatman Law LLC**
Firm name

**155 Sycamore Street**
**Glastonbury, CT 06033**
Number, Street, City, State & ZIP Code

Contact phone    **(860) 291-9061**       Email address    **jsternberg@boatmanlaw.com**

**ct26645 CT**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **CE Electrical Contractors LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  5, 2021**      X **/s/ Paul Calafiore**
                                     Signature of individual signing on behalf of debtor

                                       **Paul Calafiore**
                                       Printed name

                                       **Managing Member**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CE Electrical Contractors LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF CONNECTICUT** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advance Security Integration L Attn: Officer, President, CEO 10 Pine St Plainville, CT 06062 | tmarino@astsecurity.net | Sub-contractor, supplier. | | | | $47,365.24 |
| American Express Attn: Officer, President, CEO PO Box 650448 Dallas, TX 07565-0448 | | Credit Card | | | | $155,000.00 |
| Bank of America B.A. Attn: Officer, President, CEO P.O. Box 982238 El Paso, TX 79998-2238 | | Credit Card | | | | $41,447.89 |
| CCS Construction Staffing Attn: Officer, President, CEO PO Box 791638 Charlotette, NC 28206 | ap@staffccs.com | Temp agency | | | | $71,808.14 |
| CED Attn: Officer, President, CEO PO Box 936240 Atlanta, GA 31193-6240 | michael.lundberg@ced.com | Supplier | | | | $99,716.84 |

| Debtor | **CE Electrical Contractors LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Critical System Solutions, LLC Attn: Officer, President, CEO 2830 Scherer Dr., Ste 300 St. Petersburg, FL 33716** | npavlek@scinnsbuildingsolutions.com | **Supplier** | | | | $103,491.00 |
| **Electrical Systems Integration Attn: Officer, President, CEO PO Box 1239 Old Saybrook, CT 06475** | chrischapps@gmail.com | **Sub-contractor, supplier** | | | | $51,520.13 |
| **Hardhat Workforce Solutions, L Attn: Officer, President, CEO 1302 Jefferson Rd Greensboro, NC 27410** | Jhinckley@callhardhat.com | **Staffing** | | | | $382,172.50 |
| **Herc Rentals Attn: Officer, President, CEO PO Box 936257 Atlanta, GA 31193** | accountsreceivable@hercrentals.com | **Machinery and equipment rentals** | | | | $41,551.93 |
| **Kinsley Power Systems Attn: Officer, President, CEO 14 Connecticut South Dr East Granby, CT 06026** | cduclos@kinsley-group.com | **Supplier** | | | | $238,697.00 |
| **Marcum Accountants Advisors Attn: Officer, President, CEO 555 Long Wharf Dr, 8th Flr New Haven, CT 06511** | dawn.meeker@marcumllp.com | **Accountants** | | | | $82,407.76 |
| **National Skilled Trades Master c/o Megan M. Coker 111 Congress Ave., Ste 900 Austin, TX 78701** | danielle.sanchez@tradesmaster.net | **Lawsuit/staffing** | | | | $462,131.45 |

| Debtor | **CE Electrical Contractors LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Northeast Electrical Distribut Attn: Officer, President, CEO 90 Murphy Rd Hartford, CT 06114** | mike.pillion@needco.com | **Supplier** | | | | **$337,536.72** |
| **PPI Benefit Solutions - United Healthcare Attn: Officer, President, CEO 10 Research Parkway Ste 200 Wallingford, CT 06492** | collections@ppibenefits.com | **Insurance** | | | | **$51,885.02** |
| **Security and Fire Electronics, Attn: Officer, President, CEO 2590 Dobbs Rd St. Augustine, FL 32086** | angie@safeinc.com | **Sub-contractor, supplier** | | | | **$41,810.64** |
| **Turtle & Hughes Inc. Attn: Officer, President, CEO 900 Lower Rd Linden, NJ 07036** | natalie@turtle.com | **Electrical and construction materials** | | | | **$441,902.64** |
| **US Small Business Admin Attn: Officer, President, CEO 2 North 20th St Ste 320 Birmingham, AL 35203** | | **Security interest in Debtor's personal property assets. Eighth position lender.** | | **$500,000.00** | **$0.00** | **$500,000.00** |
| **Wise Components Attn: Officer, President, CEO PO Box 11606 Newark, NJ 07101-5806** | sbaustein@wisecomponents.com | **Supplier** | | | | **$91,673.97** |
| **World Electric Supply Attn: Officer, President, CEO 569 Stuart Lane Jacksonville, FL 32254** | chrislarkins@worldelectricsupply.com | **Supplier** | | | | **$281,099.16** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **CE Electrical Contractors LLC**                               Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Yale Electric East LLC Attn: Officer, President, CEO 55 Shawmut Rd Canton, MA 02021** | **phutchinson@yale electric.com** | **Supplier** | | | | **$353,462.40** |

**Fill in this information to identify the case:**

Debtor name    **CE Electrical Contractors LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $     **1,625,485.43**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $     **1,625,485.43**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **2,603,985.63**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................................    $     **82,465.77**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$     **5,962,380.03**

4.   **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b     $     **8,648,831.43**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **CE Electrical Contractors LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an amended filing

---

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on _Schedule G: Executory Contracts and Unexpired Leases_ (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Liberty Bank - not using** | **Business Checking** | **8855** | $1.00 |
| 3.2. | **Liberty Bank - not using** | **Business Savings** | **8610** | $1.00 |
| 3.3. | **Liberty Bank - not using** | **Business Checking** | **8579** | $1.00 |
| 3.4. | **Liberty Bank - not using** | **Business Checking** | **8529** | $1.00 |
| 3.5. | **Liberty Bank - not using** | **Business Checking** | **6889** | $1.00 |
| 3.6. | **Liberty Bank - not using** | **Business Checking** | **5974** | $1.00 |
| 3.7. | **Thomaston Savings bank** | **Business Checking - operating** | **5266** | $96,541.40 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **CE Electrical Contractors LLC**                    Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 3.8. | **Thomaston Savings bank** | **Business Checking - Payroll** | 5274 | **$327,035.23** |
| 3.9. | **Wells Fargo Bank - no longer using** | **Business Checking - Operating** | 0129 | **$0.00** |
| 3.10. | **Wells Fargo Bank - no longer using** | **Business Checking** | 0137 | **$2.80** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                              **$423,585.43**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit
      **Headwaters Apartment Complex, 4000 Headwaters Way, Orlando, FL 32837. Believed to**
      7.1. **be uncollectable.**                                                        **$2,175.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                              **$2,175.00**
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**
       11a. 90 days old or less:    **2,000,000.00**    -    **1,400,000.00**    = ....    **$600,000.00**
                                     face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                             **$600,000.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **CE Electrical Contractors LLC**                                    Case number *(If known)* _____
           Name

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress Department of Transportation, East Hampton** | | $0.00 | | $0.00 |
| **Perrelli Marcel Hotel** | | $0.00 | | $0.00 |
| **Welles Turner Library** | | $0.00 | | $0.00 |
| **Ponemah Mills** | | $0.00 | | $0.00 |
| **Glenbrook** | | $0.00 | | $0.00 |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies Conduit, switches, plugs, receptacles, nuts/bolts/screws, light fixtures & bulbs, wiring, transformers, panels, circuit breakers, gang boxes, tools & equip. Value at cost $100,000** | | $0.00 | | $50,000.00 |

**23.  Total of Part 5.**                                                            | $50,000.00 |

Add lines 19 through 22.  Copy the total to line 84.

**24.  Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    __CE Electrical Contractors LLC__    Case number *(If known)* _____
　　　　　 Name

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office  Furniture and Office Equipment | $0.00 | | $8,900.00 |
| Leased plotters (3) | $0.00 | | $0.00 |

42.　**Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
　　　books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
　　　collections; other collections, memorabilia, or collectibles

43.　**Total of Part 7.**

| | |
|---|---|
| Add lines 39 through 42.  Copy the total to line 86. | $8,900.00 |

44.　**Is a depreciation schedule available for any of the property listed in Part 7?**
　　　■ No
　　　☐ Yes

45.　**Has any of the property listed in Part 7 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2003 Chevy 600 Bucket Truck** | $0.00 | | $8,000.00 |
| 47.2.  **2006 Ford F350 (Rack Body), f/c** | $0.00 | | $8,000.00 |
| 47.3.  **2005 Ford F-150** | $0.00 | | $3,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **CE Electrical Contractors LLC**                         Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.4. | **Four 2017 Chevy Silverado, valued at $10,000 each** | $0.00 | $40,000.00 |
| 47.5. | **2018 Ford F-150** | $0.00 | $15,000.00 |
| 47.6. | **2018 Ford 250 (tall van)** | $0.00 | $23,000.00 |
| 47.7. | **2020 BMW X5** | $0.00 | $85,000.00 |
| 47.8. | **2016 GMC Yukon** | $0.00 | $25,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
|---|---|---|---|
| | **Equipment used on jobsites - See Attached Equipment List** | $0.00 | $74,825.00 |
| | **Quantity of tools, equipment and one scissor lift at job sites in Florida being held against CEEC's will.** | $0.00 | **Unknown** |
| | **8 Scissor Lifts: Four valued at about $2,500 each; four valued at about $5,000 each.** | $0.00 | $30,000.00 |

51.    **Total of Part 8.**                                                              | $311,825.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **CE Electrical Contractors LLC**                                    Case number *(If known)* _____
          Name

| acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. **Calamar Construction - Spencer's Landing, Manchester** | | | $0.00 | $0.00 |
| 55.2. **Calamar Construction - Windsor Woods, East Windsor** | | | $0.00 | $0.00 |

56. **Total of Part 9.**                                                                              $0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

    **Term life insurance**                                                                           $0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **CE Electrical Contractors LLC**                         Case number *(If known)* _____
                  Name

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Monies owed by 100 Farmington Ave LLC to CEEC** | $229,000.00 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $229,000.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **CE Electrical Contractors LLC**                                Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $423,585.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,175.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $600,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $50,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $311,825.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $229,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,625,485.43 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,625,485.43 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **CE Electrical Contractors LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **BMW Financial Services**<br>Creditor's Name<br>**Attn: Officer, President, CEO**<br>**P O Box 78103**<br>**Phoenix, AZ 85062-8103**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**BMW vehicle**<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $145,000.00 | $0.00 |
| **2.2** **De Lage Landen**<br>Creditor's Name<br>**Attn: Officer, President, CEO**<br>**1111 Old Eagle School Rd**<br>**Wayne, PA 19087**<br>Creditor's mailing address<br><br>**inmami@leasedirect.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**October 2016**<br>**Last 4 digits of account number**<br>**8087**<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Security interest in 4 scissor lifts. Third position senior lender.**<br><br>**Describe the lien**<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $10,059.24 | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **CE Electrical Contractors LLC**                         Case number (if known) _____
          _____
          Name

■ No
□ Contingent
☐ Yes. Specify each creditor,                □ Unliquidated
including this creditor and its               □ Disputed
relative priority.

---

| 2.3 | **De Lage Landen** | Describe debtor's property that is subject to a lien | $5,917.20 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: Officer, President, CEO**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

**Security interest in 4 scissor lifts.**

Creditor's mailing address

**Describe the lien**

**inmani@leasedirect.com**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
□ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
□ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 0969**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
□ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
□ Unliquidated
□ Disputed

---

| 2.4 | **Ford Credit** | Describe debtor's property that is subject to a lien | $14,653.95 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: Officer, President, CEO**
**Ntnl Bankruptcy Service Center**
**PO Box 62180**
**Colorado Springs, CO 80962**

**2018 Ford F-150**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 0822**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
□ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
□ Unliquidated
□ Disputed

---

| 2.5 | **Ford Credit** | Describe debtor's property that is subject to a lien | $32,028.80 | $23,000.00 |
|---|---|---|---|---|

---

Debtor    **CE Electrical Contractors LLC**

Name

Case number (if known)

| | |
|---|---|
| Creditor's Name | **2018 Ford 250 (tall van)** |
| **Attn: Officer, President, CEO** | |
| **Ntnl Bankruptcy Service Center** | |
| **PO Box 62180** | |
| **Colorado Springs, CO 80962** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 5329**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 | **Ford Credit** | **Describe debtor's property that is subject to a lien** | $24,167.18 | $25,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2016 GMC Yukon** | | |

**Attn: Officer, President, CEO**
**Ntnl Bankruptcy Service Center**
**PO Box 62180**
**Colorado Springs, CO 80962**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 9166**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.7 | **Ford Credit** | **Describe debtor's property that is subject to a lien** | $11,519.35 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Attn: Officer, President, CEO**
**Ntnl Bankruptcy Service Center**
**PO Box 62180**
**Colorado Springs, CO 80962**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **CE Electrical Contractors LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **Is the creditor an insider or related party?** |
| | ☒ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☒ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** **1554** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Ford Credit** | **Describe debtor's property that is subject to a lien** | $29,187.17 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Attn: Officer, President, CEO**
**Ntnl Bankruptcy Service Center**
**PO Box 62180**
**Colorado Springs, CO 80962**
_____
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
_____
Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**
☒ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0794**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Global Merchant Cash, Inc** | **Describe debtor's property that is subject to a lien** | $506,788.74 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Attn: Officer, President, CEO**
**64 Beaver St., Ste 415**
**New York, NY 10001**
_____
Creditor's mailing address

**Sixth position senior lender. All accounts, inventory, proceeds, etc.**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☒ No

**jay@wallfunding.com**
_____
Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**January 2020**
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Debtor    **CE Electrical Contractors LLC**    Case number (if known) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 0 | **GM Financial** | Describe debtor's property that is subject to a lien | $10,679.49 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: Officer, President, CEO**
**P.O. Box 78143**
**Phoenix, AZ 85062-8143**

**Four 2017 Chevy Silverado, valued at $10,000 each**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8927**

**As of the petition filing date, the claim is:**
Check all that apply

| **Do multiple creditors have an interest in the same property?** | ☐ Contingent |
|---|---|
| ☐ No | ☐ Unliquidated |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |
| **1. GM Financial** | |
| **2. GM Financial** | |
| **3. GM Financial** | |
| **4. GM Financial** | |

---

| 2.1 1 | **GM Financial** | Describe debtor's property that is subject to a lien | $10,172.81 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: Officer, President, CEO**
**P.O. Box 78143**
**Phoenix, AZ 85062-8143**

**Four 2017 Chevy Silverado, valued at $10,000 each**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5457**

**As of the petition filing date, the claim is:**
Check all that apply

| **Do multiple creditors have an interest in the same property?** | ☐ Contingent |
|---|---|
| ☐ No | ☐ Unliquidated |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |
| **Specified on line 2.10** | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **CE Electrical Contractors LLC**                    Case number (if known) _____
         Name

| 2.1 2 | **GM Financial** | | | |
|---|---|---|---|---|

**GM Financial**
Creditor's Name

**Attn: Officer, President, CEO**
**P.O. Box 78143**
**Phoenix, AZ 85062-8143**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8916**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.10**

**Describe debtor's property that is subject to a lien**       $10,654.98       $40,000.00
**Four 2017 Chevy Silverado, valued at $10,000 each**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **GM Financial** | | | |
|---|---|---|---|---|

**GM Financial**
Creditor's Name

**Attn: Officer, President, CEO**
**P.O. Box 78143**
**Phoenix, AZ 85062-8143**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8905**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.10**

**Describe debtor's property that is subject to a lien**       $10,631.80       $40,000.00
**Four 2017 Chevy Silverado, valued at $10,000 each**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Liberty Bank** | | | |
|---|---|---|---|---|

**Liberty Bank**
Creditor's Name

**Attn: Officer,  President, CEO**
**315 Main St.**
**Middletown, CT 06457**
Creditor's mailing address

**brice@liberty-bank.com**
Creditor's email address, if known

**Describe debtor's property that is subject to a lien**       $800,000.00       $50,000.00
**Debtor's personal property assets. Collateral includes monies, machinery and equipment and other tangible personal property, etc. Second senior lender.**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **CE Electrical Contractors LLC**                                        Case number (if known) _____
                Name

**Date debt was incurred**                    Is anyone else liable on this claim?
**July, 2016**                                ☐ No
**Last 4 digits of account number**           ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**2488**
Do multiple creditors have an                 As of the petition filing date, the claim is:
interest in the same property?                Check all that apply
☐ No                                          ☐ Contingent
■ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.
**1. People's United Bank,**
**NA**
**2. Liberty Bank**

---

| 2.1 5 | **People's United Bank, NA** | Describe debtor's property that is subject to a lien | $75,000.00 | $50,000.00 |

Creditor's Name

**Attn: Officer,  President,**          **Security interest in Debtor's personal**
**CEO**                                 **property. Extent of security interest unclear.**
**P.O. Box 820/RC 9115**                **Senior lender.**
**Burlington, VT 05401**
Creditor's mailing address

                                        Describe the lien
                                        **UCC-1**
                                        Is the creditor an insider or related party?
Creditor's email address, if known     ■ No
                                        ☐ Yes
**Date debt was incurred**             Is anyone else liable on this claim?
**June, 2016**                          ☐ No
**Last 4 digits of account number**     ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**0010**
Do multiple creditors have an           As of the petition filing date, the claim is:
interest in the same property?          Check all that apply
☐ No                                    ☐ Contingent
■ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.
**Specified on line 2.14**

---

| 2.1 6 | **State of Connecticut** | Describe debtor's property that is subject to a lien | $167,489.44 | $0.00 |

Creditor's Name

**Department of Revenue**
**Services**
**450 Columbus Blvd., Ste 1**
**Hartford, CT 06103-1837**
Creditor's mailing address                Describe the lien

                                          Is the creditor an insider or related party?
                                          ■ No
Creditor's email address, if known        ☐ Yes
                                          Is anyone else liable on this claim?
**Date debt was incurred**                ■ No
                                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

Do multiple creditors have an             As of the petition filing date, the claim is:
interest in the same property?            Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **CE Electrical Contractors LLC**                                    Case number *(if known)* _____
_____
Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its   ☐ Disputed
relative priority.

---

| 2.1 7 | **State of Connecticut** | Describe debtor's property that is subject to a lien | **$84,997.98** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Department Revenue Services**
**450 Columbus Blvd., Ste 1**
**Hartford, CT 06103**

**Sales and Use Tax recorded lien. A UCC-1 was filed. This is a fourth position lien.**

Creditor's mailing address

Describe the lien
**Tax lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**July, 2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **US Small Business Admin** | Describe debtor's property that is subject to a lien | **$500,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Officer,  President, CEO**
**2 North 20th St Ste 320**
**Birmingham, AL 35203**

**Security interest in Debtor's personal property assets. Eighth position lender. E.I.D.L.**

Creditor's mailing address

Describe the lien
**UCC-1**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**May, 2020**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8004**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Wellen Capital, LLC** | Describe debtor's property that is subject to a lien | **$155,037.50** | **$0.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **CE Electrical Contractors LLC**                              Case number (if known) _____
_____
Name

Creditor's Name

**Attn: Officer,  President, CE**
**600 West Jackson Blvd. Ste**
**750**
**Chicago, IL 60661**
Creditor's mailing address                    Describe the lien
                                             **UCC-1**
                                             _____
**ogomez@amarecovery.co**                    Is the creditor an insider or related party?
**m**
Creditor's email address, if known           ■ No
                                             ☐ Yes
                                             Is anyone else liable on this claim?
**Date debt was incurred**                   ☐ No
**December, 2020**                           ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

**Do multiple creditors have an**            As of the petition filing date, the claim is:
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $2,603,985.6 |
                                                                                                                   | 3 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AMA - Legal Dept**<br>**Attn: Oscar Gomez**<br>**3131 Eastside St., Ste 350**<br>**Houston, TX 77098** | Line __2.19__ | |
| **AMA - Legal Dept**<br>**Attn: Michael S. Kelleher, Esq**<br>**Corporate Counsel**<br>**3131 Eastside St., Ste 350**<br>**Houston, TX 77098** | Line __2.19__ | **Wellen Capital** |
| **BFS Capital Paramount Pmt Syst**<br>**Wellen/AXOS/Merchant Cash Adv**<br>**Attn: Officer,  President, CE**<br>**3301 N. University Dr. Ste 300**<br>**Coral Springs, FL 33065** | Line __2.19__ | |
| **Global Merchant Cash, Inc**<br>**Attn: Officer,  President, CEO**<br>**30 Broad St**<br>**New York, NY 10004** | Line __2.9__ | |
| **Liberty Bank**<br>**Attn: Officer,  President, CEO**<br>**48 East Street**<br>**Plainville, CT 06062** | Line __2.14__ | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 10

| | | |
|---|---|---|
| Debtor **CE Electrical Contractors LLC** | Case number (*if known*) | |
| Name | | |

| | | |
|---|---|---|
| **Merchant Cash Advance for**<br>**Wellen Capital for AXOS**<br>**Attn: Officer,  President, CE**<br>**3301 N. University Dr. Ste 300**<br>**Coral Springs, FL 33065** | Line  **2.19** | |
| **People's United Bank**<br>**Attn: Officer,  President, CEO**<br>**677 W Main St**<br>**New Britain, CT 06053** | Line  **2.15** | |
| **People's United Bank, N.A.**<br>**Attn: Officer,  President, CEO**<br>**PO Box 205**<br>**Brattleboro, VT 05302-0205** | Line  **2.15** | 0010 |
| **State of Connecticut**<br>**Department of Revenue Services**<br>**450 Columbus Blvd., Ste 1**<br>**Hartford, CT 06103-1837** | Line  **2.17** | |
| **State of Connecticut**<br>**Department of Revenue Services**<br>**P.O. Box 2965**<br>**Hartford, CT 06104-2965** | Line  **2.17** | |
| **Yeshaya Gorkin, Esq.**<br>**P.O. Box 605**<br>**New York, NY 10038** | Line  **2.9** | 2021 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **CE Electrical Contractors LLC**

United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Duval County Tax Collector**<br>**c/o Jim Overton**<br>**PO Box 44009**<br>**Jacksonville, FL 32231-4009**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **5744**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $115.85 | $0.00 |
| **2.2** Priority creditor's name and mailing address<br>**Duvall County Tax Collector**<br>**Attn: Jim Overton**<br>**PO Box 44009**<br>**Jacksonville, FL 32231-4009**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $115.85 | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        33117        Best Case Bankruptcy

| Debtor | **CE Electrical Contractors LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58,121.67 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operati**
**P.O. Box 21126**
**Philadelphia, PA 19114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2021 Federal Unemployment; 2021 Federal Withholding; 2021 FICA Employer: 2021 FICA Withholding. 2020 Federal Unemployment; 2020 Federal Withholding; 2020 FICA Employer: 2020 FICA Withholding.**

Last 4 digits of account number **3922**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,112.40 | $0.00 |
|---|---|---|---|---|

**State of Connecticut**
**Department of Revenue Services**
**Attn: Commissioner**
**450 Columbus Blvd., Ste 1**
**Hartford, CT 06103-1837**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**State Sales and Use Taxes; 2021 CT Paid Leave Withholding; 2021 CT Unemployment; 2021 CT Withholding. State Sales and Use Taxes; 2020 CT Paid Leave Withholding; 2020 CT Unemployment; 2020 CT Withholding.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**4919 Wesconnett Blvd, LLC**
**Attn: Officer,  President, CEO**
**51 Wooster Court**
**Bristol, CT 06051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2020**

Basis for the claim:  **Lease of space.**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,261.92 |
|---|---|---|---|

**A1 Service Inc.**
**Attn: Officer, President, CEO**
**127 Colony St**
**Meriden, CT 06451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor    **CE Electrical Contractors LLC**        Case number (if known) _____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**ACCI Underground Inc.**
Attn: Officer, President, CEO
PO Box 2767
Orlando, FL 32802-2767

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Supplier</u>

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,783.21 |
|---|---|---|---|

**Accordant Sage**
Attn: Officer, President, CEO
365 S. Street. Ste 100
Morristown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Software</u>

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,030.78 |
|---|---|---|---|

**Addison Cable & Wireless Co.**
Attn: Officer, President, CEO
PO Box 2013
Burlington, CT 06013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Supplier</u>

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,365.24 |
|---|---|---|---|

**Advance Security Integration L**
Attn: Officer, President, CEO
10 Pine St
Plainville, CT 06062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Sub-contractor, supplier.</u>

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,807.64 |
|---|---|---|---|

**Advanced Electrical Contractor**
Attn: Officer, President, CEO
528 Washington Ave
North Haven, CT 06473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Supplier</u>

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,271.69 |
|---|---|---|---|

**Advanced Security Technologies**
Attn: Officer, President, CEO
292 Coram Ave
Shelton, CT 06484

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Sub-contractor and Supplier</u>

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,552.96 |
|---|---|---|---|

**AF Standby Systems**
Attn: Officer, President, CEO
9311 Solar Dr
Tampa, FL 33619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Sub-contractor and Supplier</u>

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **CE Electrical Contractors LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,157.80** |
|---|---|---|---|
| | **Aflac** <br> **Attn: Officer,  President, CEO** <br> **1932 Wynnton Rd** <br> **Columbus, GA 31999-7000** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Insurance.** | |
| | Last 4 digits of account number  **3Y54** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **All Weather Heating & Cooling** <br> **Attn: Officer, President, CEO** <br> **710 NE 17th Pl** <br> **Ocala, FL 34470** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Sub-contractor and Supplier** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,142.68** |
|---|---|---|---|
| | **Alpha Omega Instruments** <br> **Attn: Officer, President, CEO** <br> **4140 World Houston Parkway** <br> **Ste 180** <br> **Houston, TX 77032** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Sub-contractor and Supplier** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,839.69** |
|---|---|---|---|
| | **Alta Headwaters, LLC** <br> **Attn: Officer, President, CEO** <br> **400 Headwaters Way** <br> **Orlando, FL 32837** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Apartment Rental** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155,000.00** |
|---|---|---|---|
| | **American Express** <br> **Attn: Officer, President, CEO** <br> **PO Box 650448** <br> **Dallas, TX 07565-0448** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Credit Card** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,907.47** |
|---|---|---|---|
| | **Anixter** <br> **Attn: Officer,  President, CEO** <br> **PO Box 847428** <br> **Dallas, TX 75284-7428** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Supplier** | |
| | Last 4 digits of account number  **4551** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,658.50** |
|---|---|---|---|
| | **Atlee Development Group, Inc** <br> **Attn: Officer,  President, CEO** <br> **5851 Timuquana Rd** <br> **Ste 301** <br> **Jacksonville, FL 32210** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Landlord.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **CE Electrical Contractors LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Avis Law Group**
**c/o Kathleen Miller**
**PO Box 6293**
**Carol Stream, IL 60197-6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Collections__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,447.89 |
|---|---|---|---|

**Bank of America B.A.**
**Attn: Officer,  President, CEO**
**P.O. Box 982238**
**El Paso, TX 79998-2238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Credit Card__

Last 4 digits of account number __9364__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |
|---|---|---|---|

**Brattan National, LLC**
**Attn: Officer,  President, CEO**
**95 Russell St**
**Littletown, MA 01460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Cameron Drilling Co., Inc.**
**Attn: Officer,  President, CEO**
**12500 Washington Ave**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Sub-contractor, supplier.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,832.76 |
|---|---|---|---|

**Capital Electric - JC to Corp**
**Attn: Officer,  President, CEO**
**PO Box 404749**
**Atlanta, GA 30384-4749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,808.14 |
|---|---|---|---|

**CCS Construction Staffing**
**Attn: Officer,  President, CEO**
**PO Box 791638**
**Charolette, NC 28206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Temp agency__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,716.84 |
|---|---|---|---|

**CED**
**Attn: Officer,  President, CEO**
**PO Box 936240**
**Atlanta, GA 31193-6240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CE Electrical Contractors LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.74 |
| --- | --- | --- | --- |

**Central Florida Expwy Authorit**
Attn: Officer,  President, CEO
PO Box 585070
Orlando, FL 32858-5070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Toll charge__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,000.00 |
| --- | --- | --- | --- |

**CEPS Develop & Cons LLC**
Attn: Officer,  Consrt, CEO
51 Wooster Court
Britsol, CT 06051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Office lease.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,787.50 |
| --- | --- | --- | --- |

**Charlie Electric**
Attn: Officer,  President, CEO
2840 Lantana Lakes Dr E
Jacksonville, FL 32246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Sub-contractor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $901.48 |
| --- | --- | --- | --- |

**City Electric Supply**
Attn: Officer,  President, CEO
Attn: Accts Rcvble Charleston
PO Box 131811
Dallas, TX 75313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Supplier__

Last 4 digits of account number  __7002__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,800.00 |
| --- | --- | --- | --- |

**Clear Line Detailing, LLC**
Attn: Officer,  President, CEO
35 High Bridge Road
Bantam, CT 06750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Sub-contractor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,272.38 |
| --- | --- | --- | --- |

**Colony Hardware**
Attn: Officer,  President, CEO
PO Box 21216
New York, NY 10087-1216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Supplier__

Last 4 digits of account number  __2876__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $559.39 |
| --- | --- | --- | --- |

**Comcast Business**
Attn: Officer,  President, CEO
141 NW 16th St
Pompano Beach, FL 33060-5250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Internet__

Last 4 digits of account number  __3070__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **CE Electrical Contractors LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Commercial Collection Corp**<br>**Attn: Bobbie Jo Ives**<br>**34 Seymour St.**<br>**Tonawanda, NY 14150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __notice purpose__ | |
| | Last 4 digits of account number  **1449** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|
| | **Crews Electrical Testing, Inc.**<br>**Attn: Officer,  President, CEO**<br>**6148 Tim Crews Rd**<br>**Macclenny, FL 32063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Sub-contractor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,491.00 |
|---|---|---|---|
| | **Critical System Solutions, LLC**<br>**Attn: Officer,  President, CEO**<br>**2830 Scherer Dr., Ste 300**<br>**St. Petersburg, FL 33716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Supplier__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,001.94 |
|---|---|---|---|
| | **Crucial Systems LLC**<br>**Attn: Officer,  President, CEO**<br>**12 James Place**<br>**Plainville, CT 06062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __IT__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,108.33 |
|---|---|---|---|
| | **Cummins**<br>**Attn: Officer,  President, CEO**<br>**914 Cromwell Ave**<br>**Rocky Hill, CT 06067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Supplier__ | |
| | Last 4 digits of account number  **6385** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.96 |
|---|---|---|---|
| | **CWPM**<br>**Attn: Officer,  President, CEO**<br>**PO Box 415**<br>**Plainville, CT 06067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Garbage removal__ | |
| | Last 4 digits of account number  **8700** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $693.58 |
|---|---|---|---|
| | **D&D Auto Fleet**<br>**Attn: Officer, President, CEO**<br>**6211 Blanding Blvd**<br>**Jacksonville, FL 32244** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Mechanic__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **CE Electrical Contractors LLC**
_____    Case number (if known) _____
         Name

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,206.95** |
|------|-------------------------------------------------------|-------------------------------------------------------------------|----------------|

**Deltek**
Attn: Officer, President, CEO
2291 Wood Oak Drive
Herndon, VA 20171

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,633.50** |

**Eagle Leasing Company**
Attn: Officer, President, CEO
PO Box 923
Orange, CT 06477-0923

Date(s) debt was incurred _

Last 4 digits of account number  **2340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |

**Eagle Leasing Company**
Attn: Officer, President, CEO
PO Box 923
Orange, CT 06477-0923

Date(s) debt was incurred _

Last 4 digits of account number  **2340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Storage container rental**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,520.13** |

**Electrical Systems Integration**
Attn: Officer, President, CEO
PO Box 1239
Old Saybrook, CT 06475

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sub-contractor, supplier**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,818.35** |

**Equipment Share**
Attn: Officer, President, CEO
2511 Broadway Bluffs Dr
Ste 202
Columbia, MO 65201

Date(s) debt was incurred _

Last 4 digits of account number  **5197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Machinery rentals**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$218,426.00** |

**Everyday Capital**
Attn: Officer, President, CEO
116 Nassau St, Ste 804
New York, NY 10038

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Hard Money Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$428.39** |

**Federated Insurance**
Attn: Officer, President, CEO
515 Centerpoint Dr
Middletown, CT 06457

Date(s) debt was incurred _

Last 4 digits of account
number  **2201;2203;7337;7338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Life insurance**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **CE Electrical Contractors LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$610.77** |
|---|---|---|---|
| | **Firestone Complete Auto Care** | ☐ Contingent | |
| | Attn: Officer, President, CEO | ☐ Unliquidated | |
| | PO Box 403727 | ☐ Disputed | |
| | Atlanta, GA 30384-3727 | | |
| | | **Basis for the claim:** __Repairs__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number __6428__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,136.56** |
|---|---|---|---|
| | **Firetech** | ☐ Contingent | |
| | Attn: Officer, President, CEO | ☐ Unliquidated | |
| | 486 Derby Ave | ☐ Disputed | |
| | West Haven, CT 06516 | | |
| | | **Basis for the claim:** __Supplier__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,014.02** |
|---|---|---|---|
| | **Ford & Paulekas, LLP** | ☐ Contingent | |
| | Attn: Officer, President, CEO | ☐ Unliquidated | |
| | 280 Trumbell St | ☐ Disputed | |
| | Hartford, CT 06103 | | |
| | | **Basis for the claim:** __Law firm__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number __0003__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00** |
|---|---|---|---|
| | **GPRS** | ☐ Contingent | |
| | Attn: Officer, President, CEO | ☐ Unliquidated | |
| | 5217 Monroe St | ☐ Disputed | |
| | Toledo,, OH 43623 | | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,833.21** |
|---|---|---|---|
| | **Grainger** | ☐ Contingent | |
| | Attn: Officer, President, CEO | ☐ Unliquidated | |
| | Dept 886110270 | ☐ Disputed | |
| | Palatine, IL 60038-0001 | | |
| | | **Basis for the claim:** __Equipment supplier__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number __0270__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Greenberg, Grant and Richards** | ☐ Contingent | |
| | Attn: Officer, President, CEO | ☐ Unliquidated | |
| | 5858 Westheimer Rd., Ste 500 | ☐ Disputed | |
| | Houston, TX 77057 | | |
| | | **Basis for the claim:** __Commercial debt collections agency__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$382,172.50** |
|---|---|---|---|
| | **Hardhat Workforce Solutions, L** | ☐ Contingent | |
| | Attn: Officer, President, CEO | ☐ Unliquidated | |
| | 1302 Jefferson Rd | ☐ Disputed | |
| | Greensboro, NC 27410 | | |
| | | **Basis for the claim:** __Staffing__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **CE Electrical Contractors LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,551.93**

Herc Rentals
Attn: Officer, President, CEO
PO Box 936257
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Machinery and equipment rentals__

Last 4 digits of account number  **3602**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,202.00**

High Voltage Maintenance Corp.
Attn: Officer, President, CEO
24865 Network Pl
Chicago, IL 60673-1248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,172.33**

Hilti Inc
Attn: Officer, President, CEO
PO Box 70299
Philadelphia, PA 19176-0299

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier__

Last 4 digits of account number  **8799**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,965.13**

IKON EFS
Attn: Officer, President, CEO
3404 Busch Dr SW, Ste E
Grandville, MI 49418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,113.20**

Johnson Controls Fire Protecti
Attn: Officer, President, CEO
CH 10320
Palatine, IL 60055-0320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier__

Last 4 digits of account number  **6507**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$900.00**

JSC Systems, Inc.
Attn: Officer, President, CEO
PO Box 551629
Jacksonville, FL 32255-1629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier__

Last 4 digits of account number  **E013**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

KGS Associates, LLC
c/o Kathryn G Shea
PO Box 776
Plainville,, CT 06062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **CE Electrical Contractors LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** |

**3.59**
**Nonpriority creditor's name and mailing address**
**Kinsley Power Systems**
**Attn: Officer, President, CEO**
**14 Connecticut South Dr**
**East Granby, CT 06026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplier__

Is the claim subject to offset? ■ No ☐ Yes

**$238,697.00**

---

**3.60**
**Nonpriority creditor's name and mailing address**
**Legacy Lighting LLC**
**Attn: Officer, President, CEO**
**302-A Brogdon Rd**
**Suwanee, GA 30024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplier__

Is the claim subject to offset? ■ No ☐ Yes

**$3,728.02**

---

**3.61**
**Nonpriority creditor's name and mailing address**
**Marcum Accountants Advisors**
**Attn: Officer, President, CEO**
**555 Long Wharf Dr, 8th Flr**
**New Haven, CT 06511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Accountants__

Is the claim subject to offset? ■ No ☐ Yes

**$82,407.76**

---

**3.62**
**Nonpriority creditor's name and mailing address**
**Marlin Capital Solutions**
**Attn: Officer, President, CEO**
**300 Fellowship Rd**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred _

Last 4 digits of account number __3001,002,003__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lessor - plotter__

Is the claim subject to offset? ■ No ☐ Yes

**$1,296.09**

---

**3.63**
**Nonpriority creditor's name and mailing address**
**MyFleetCenter.com**
**Attn: Officer, President, CEO**
**PO Box 620130**
**Middleton, WI 53562**

Date(s) debt was incurred _

Last 4 digits of account number __0353__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Gas card__

Is the claim subject to offset? ■ No ☐ Yes

**$375.66**

---

**3.64**
**Nonpriority creditor's name and mailing address**
**National Skilled Trades Master**
**c/o Megan M. Coker**
**111 Congress Ave., Ste 900**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number __0256__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lawsuit/staffing__

Is the claim subject to offset? ■ No ☐ Yes

**$462,131.45**

---

**3.65**
**Nonpriority creditor's name and mailing address**
**Northeast Electrical Distribut**
**Attn: Officer, President, CEO**
**90 Murphy Rd**
**Hartford, CT 06114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplier__

Is the claim subject to offset? ■ No ☐ Yes

**$337,536.72**

---

| Debtor | **CE Electrical Contractors LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,485.00 |
|---|---|---|---|

**Paquette Giantonio & Company,**
Attn: Officer, President, CEO
2080 Silas Deane Highway
Rocky Hill, CT 06067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounting services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $888,200.00 |
|---|---|---|---|

**People's United Bank Natl Asso**
Attn: Officer, President, CEO
Bridgeport Center Branch
850 Main St
Bridgeport, CT 06604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/23/2020**

Basis for the claim:  **PPP Loan #1**

Last 4 digits of account number  **0010**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,225.00 |
|---|---|---|---|

**Power + Prefab, LLC**
Attn: Officer, President, CEO
4140 SW Martin Dr
Topeka, KS 66609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,885.02 |
|---|---|---|---|

**PPI Benefit Solutions -**
**United Healthcare**
Attn: Officer, President, CEO
10 Research Parkway Ste 200
Wallingford, CT 06492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,846.98 |
|---|---|---|---|

**Rexel**
Attn: Officer, President, CEO
PO Box 417803
Boston, MA 02241-7803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Electrical materials supplier**

Last 4 digits of account number  **4064**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.87 |
|---|---|---|---|

**Ritz Safety Supplies**
Attn: Officer, President, CEO
PO Box 713139
Cincinnati, OH 45271-3139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504.27 |
|---|---|---|---|

**Ryan Business Systems**
Attn: Officer, President, CEO
455 Governors Highway
South Windsor, CT 06074-2510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service fee**

Last 4 digits of account number  **CE01**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **CE Electrical Contractors LLC**                                    Case number (if known) _____
     Name

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.00 |
|---|---|---|---|

**Secure Self Storage**
Attn: Officer, President, CEO
5909 Blair Rd NW
Washington, DC 20011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,810.64 |
|---|---|---|---|

**Security and Fire Electronics,**
Attn: Officer, President, CEO
2590 Dobbs Rd
St. Augustine, FL 32086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Sub-contractor, supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,277.50 |
|---|---|---|---|

**Sky Testing Services, Inc.**
Attn: Officer, President, CEO
PO Box 278
Dewitt, NY 13214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,289.04 |
|---|---|---|---|

**SNI COMPANIES**
Attn: Officer, President, CEO
PO Box 840912
Dallas, TX 75284-0912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,120.00 |
|---|---|---|---|

**Southern New England Electrica**
Attn: Officer, President, CEO
3 Buel Street Unit 4
Wallingford, CT 06492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Sub-contractor, testing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $526.04 |
|---|---|---|---|

**Southside Blueprint LLC**
Attn: Officer, President, CEO
1889 Sothampton Rd
Jacksonville, FL 32207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Sub-contractor, blueprints**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,255.00 |
|---|---|---|---|

**State of Connecticut**
**Department of Revenue Services**
Attn: Officer, President, CEO
PO Box 2965
Hartford, CT 06104-2965

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Taxes.**

Last 4 digits of account number  **8000**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **CE Electrical Contractors LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,850.00 |
|---|---|---|---|
| | **Sterling Concrete Cutting LLC**<br>**Attn: Officer, President, CEO**<br>**1011 Exchange Place, Ste 111**<br>**St. Cloud, FL 34769** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Sub-contractor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,144.57 |
|---|---|---|---|
| | **Sunbelt Rentals, Inc. - CT**<br>**Attn: Officer, President, CEO**<br>**PO Box 409211**<br>**Atlanta, GA 30384-9211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Equipment rentals** | |
| | Last 4 digits of account number  **0417** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,714.28 |
|---|---|---|---|
| | **Sunderland Electric**<br>**Attn: Officer, President, CEO**<br>**208 Hoover St**<br>**New Haven, CT 06512** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Staffing** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,495.00 |
|---|---|---|---|
| | **TEC Control Systems**<br>**Attn: Officer, President, CEO**<br>**67 Britton Ave**<br>**Torrington, CT 06790** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Supplier** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,664.00 |
|---|---|---|---|
| | **The Northeast Companies Inc**<br>**Attn: Officer, President, CEO**<br>**250 Pomeroy Ave Ste 102**<br>**Meriden, CT 06450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Staffing** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $432,291.00 |
|---|---|---|---|
| | **Thomaston Savings Bank**<br>**Attn: Officer, President, CEO**<br>**203 Main Street**<br>**Thomaston, CT 06787** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **February, 2021** | Basis for the claim:  **PPP #2 Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26,404.00 |
|---|---|---|---|
| | **TIAA Bank fka Everbank**<br>**Attn: Officer, President, CEO**<br>**501 Riverside Ave.**<br>**Jacksonville, FL 32202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Note payable, through May, 2022** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **CE Electrical Contractors LLC**                                    Case number (if known) _____
         Name

| | |
|---|---|
| **3.87** | **Nonpriority creditor's name and mailing address** |

**3.87**  **Nonpriority creditor's name and mailing address**

**Topaz Engineering Supply**
Attn: Officer, President, CEO
35 Pond Park Rd., Ste 20
Hingham, MA 02043

Date(s) debt was incurred _

Last 4 digits of account number  **6220**

As of the petition filing date, the claim is: Check all that apply.                          **$470.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88**  **Nonpriority creditor's name and mailing address**

**TPC Associates, Inc.**
Attn: Officer, President, CEO
261 Pepe's Farm Rd
Milford, CT 06460

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                        **$7,512.91**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89**  **Nonpriority creditor's name and mailing address**

**Trades Masters**
Attn: Officer, President, CEO
PO Box 702727
Dallas, TX 75370

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                     **$502,131.35**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Staffing**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90**  **Nonpriority creditor's name and mailing address**

**Trova Design Consultants, Inc.**
Attn: Officer, President, CEO
92 Elm St
Pittsfield, MA 01201

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                       **$2,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Drafters**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91**  **Nonpriority creditor's name and mailing address**

**Turtle & Hughes Inc.**
Attn: Officer, President, CEO
900 Lower Rd
Linden, NJ 07036

Date(s) debt was incurred _

Last 4 digits of account number  **1788**

As of the petition filing date, the claim is: Check all that apply.                     **$441,902.64**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electrical and construction materials**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92**  **Nonpriority creditor's name and mailing address**

**United Rentals**
Attn: Officer, President, CEO
PO Box 100711
Atlanta, GA 30384-0711

Date(s) debt was incurred _

Last 4 digits of account number  **3916**

As of the petition filing date, the claim is: Check all that apply.                      **$28,187.52**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment rentals**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93**  **Nonpriority creditor's name and mailing address**

**Universal Towing Inc.**
Attn: Officer, President, CEO
542 LPGA Blvd
Holly Hill, FL 32117

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                       **$2,075.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Towing**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CE Electrical Contractors LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00**

**USA LED Lighting Solutions**
**Tiger Technologies LLC dba USA**
**Attn: Officer, President, CEO**
**330 Main St South**
**Southbury, CT 06488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Staffing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,894.00**

**Utica Insurance**
**Attn: Officer, President, CEO**
**PO Box 6532**
**Utica, NY 13504-6532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number  **7742**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,094.42**

**VALLEY BOLT & SCREW**
**Attn: Officer, President, CEO**
**65 Brook St**
**P Box 1143**
**Torrington, CT 06790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$469.20**

**Vonage**
**Attn: Officer, President, CEO**
**PO Box 392415**
**Pittsburgh, PA 15251-9415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility - phones**

Last 4 digits of account number  **0238**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,472.22**

**W. B. Mason**
**Attn: Officer, President, CEO**
**PO Box 981101**
**Boston, MA 02298-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office supplies**

Last 4 digits of account number  **1811**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$495.00**

**Weinstein & Wisser**
**Attn: Officer, President, CEO**
**29 South Main St., Ste 207**
**West Hartford, CT 06107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorneys**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,120.66**

**WEX Fuel Card**
**Attn: Officer, President, CEO**
**PO Box 6293**
**Carol Stream, IL 60197-6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Fuel card**

Last 4 digits of account number  **6153**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CE Electrical Contractors LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,673.97 |
|---|---|---|---|

**Wise Components**
Attn: Officer, President, CEO
PO Box 11606
Newark, NJ 07101-5806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281,099.16 |
|---|---|---|---|

**World Electric Supply**
Attn: Officer, President, CEO
569 Stuart Lane
Jacksonville, FL 32254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353,462.40 |
|---|---|---|---|

**Yale Electric East LLC**
Attn: Officer, President, CEO
55 Shawmut Rd
Canton, MA 02021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier__

Last 4 digits of account number __7234__

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ANI Management Group**<br>Attn: Officer,  President, CEO<br>15 Ives Road<br>Hewlett, NY 11557 | Line __3.29__<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Charles I. Miller**<br>Law Offices of Charles Miller<br>PMB 108, 1245 Farmington Ave.<br>West Hartford, CT 06107 | Line __3.91__<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Daniel Goldberg**<br>Counsel for Rexell<br>RUBERTO ISRAEL & WEINER<br>255 State St., 7th Floor<br>Boston, MA 02109 | Line __3.70__<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Gulf 6153**<br>PO Box 6293<br>Carol Stream,, IL 60197-6293 | Line __3.100__<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **National Skilled Trades Master**<br>Attn: Officer, President, CEO<br>6532 LBJ Freeway<br>Dallas, TX 75240 | Line __3.64__<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CE Electrical Contractors LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | **U.S. Small Business Admin**<br>**Attn: Officer, President, CEO**<br>**2 North 20th St Ste 320**<br>**Birmingham, AL 35203** | Line **3.67**<br>☐ Not listed. Explain ____ | **0010** |
| 4.7 | **U.S. Small Business Administra**<br>**Attn:  Officer, President, CEO**<br>**2 North 20th St, Ste 320**<br>**Birmingham, AL 35203** | Line **3.85**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Utica Insurance**<br>**Attn: Officer, President, CEO**<br>**180 Genesee St.**<br>**New Hartford, NY 13413** | Line **3.95**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Vadim Serebro, Atty for Busine**<br>**Advance Team dba Everyday Cap**<br>**55 Broadway, 3rd Floor**<br>**New York, NY 10006** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 82,465.77 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,962,380.03 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,044,845.80 |

**Fill in this information to identify the case:**

Debtor name    **CE Electrical Contractors LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **4919 West Wesconnett Blvd., Jacksonville FL. Office space $2,500 per month.**<br><br><br>4919 West Wesconnett Blvd LLC<br>Attn: Officer, President, CEO<br>51 Wooster Ct<br>Bristol, CT 06010 |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **x9002 Printer lease**<br><br><br>Canon Financial Services, Inc.<br>Attn: Officer, President, CEO<br>PO Box 5008<br>Mount Laurel, NJ 08054 |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **$7,000 per month office lease, including yard.**<br><br><br>CEPS Develop & Cons LLC<br>51 Wooster Court<br>Britsol, CT 06051 |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Storage container rental**<br><br><br>Eagle Leasing Company<br>PO Box 923<br>Orange, CT 06477-0923 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **CE Electrical Contractors LLC**                                    Case number (*if known*) _____
           First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment lease.** | |
|---|---|---|---|
| | State the term remaining | | **Headwaters Apartment Complex** |
| | List the contract number of any government contract | | **4000 Headwaters Way**<br>**Orlando, FL 32837** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **3 plotters.** | |
|---|---|---|---|
| | State the term remaining | | **Marlin Capital Solutions** |
| | List the contract number of any government contract | | **P.O. Box 13604**<br>**Philadelphia, PA 19101** |

| **Fill in this information to identify the case:** |
|---|

Debtor name   **CE Electrical Contractors LLC**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Paul Calafiore** | **51 Wooster Ct**<br>**Bristol, CT 06010** | **Accordant Sage** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.2 | **Paul Calafiore** | **51 Wooster Ct**<br>**Bristol, CT 06010** | **Ryan Business Systems** | ☐ D _____<br>■ E/F __3.72__<br>☐ G _____ |
| 2.3 | **Paul Calafiore** | **51 Wooster Ct**<br>**Bristol, CT 06010** | **Marlin Capital Solutions** | ☐ D _____<br>■ E/F __3.62__<br>☐ G _____ |
| 2.4 | **Paul Calafiore** | **51 Wooster Ct**<br>**Bristol, CT 06010** | **Wellen Capital, LLC** | ■ D __2.19__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Paul Calafiore** | **51 Wooster Ct**<br>**Bristol, CT 06010** | **Turtle & Hughes Inc.** | ☐ D _____<br>■ E/F __3.91__<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **CE Electrical Contractors LLC** _____  Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** | Column 2: **Creditor**

| | Codebtor | | Creditor | |
|---|---|---|---|---|
| 2.6 | Paul Calafiore | 51 Wooster Ct<br>Bristol, CT 06010 | Global Merchant<br>Cash, Inc | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Paul Calafiore | 51 Wooster Ct<br>Bristol, CT 06010 | Everyday Capital | ☐ D ____<br>■ E/F __3.43__<br>☐ G ____ |
| 2.8 | Paul Calafiore | 51 Wooster Ct<br>Bristol, CT 06010 | Liberty Bank | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Paul Calafiore | 51 Wooster Ct<br>Bristol, CT 06010 | People's United<br>Bank, NA | ■ D __2.15__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Paul Calafiore | 51 Wooster Ct<br>Bristol, CT 06010 | De Lage Landen | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Paul Calafiore | 51 Wooster Ct<br>Bristol, CT 06010 | De Lage Landen | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Paul Calafiore | 51 Wooster Ct<br>Bristol, CT 06010 | US Small Business<br>Admin | ■ D __2.18__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Paul Calafiore | 51 Wooster Ct<br>Bristol, CT 06010 | Bank of America B.A. | ☐ D ____<br>■ E/F __3.18__<br>☐ G ____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | **CE Electrical Contractors LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.14 | **Paul Calafiore** | 51 Wooster Ct.<br>Bristol, CT 06010 | **BMW Financial Services** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Paul Calafiore** | 51 Wooster St.<br>Bristol, CT 06010 | **Capital Electric - JC to Corp** | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.16 | **Paul Calafiore** | 51 Wooster St.<br>Bristol, CT 06010<br>**Dispute as to personal guaranty** | **Sunbelt Rentals, Inc. - CT** | ☐ D _____<br>■ E/F __3.81__<br>☐ G _____ |
| 2.17 | **Samuel E Elty** | 51 Wooster Ct<br>Bristol, CT 06010 | **Marlin Capital Solutions** | ☐ D _____<br>■ E/F __3.62__<br>☐ G _____ |
| 2.18 | **Samuel E Elty** | 51 Wooster Ct<br>Bristol, CT 06010 | **Wellen Capital, LLC** | ■ D __2.19__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Samuel E Elty** | 51 Wooster Ct<br>Bristol, CT 06010 | **American Express** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.20 | **Samuel E Elty** | 51 Wooster Ct<br>Bristol, CT 06010 | **Global Merchant Cash, Inc** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Samuel E Elty** | 51 Wooster Ct<br>Bristol, CT 06010 | **Everyday Capital** | ☐ D _____<br>■ E/F __3.43__<br>☐ G _____ |

| Debtor | **CE Electrical Contractors LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Samuel E Elty** | **51 Wooster Ct** | **Liberty Bank** | ■ D  __2.14__ |
| | | **Bristol, CT 06010** | | ☐ E/F  _____ |
| | | | | ☐ G  _____ |
| 2.23 | **Samuel E Elty** | **51 Wooster Ct** | **People's United** | ■ D  __2.15__ |
| | | **Bristol, CT 06010** | **Bank, NA** | ☐ E/F  _____ |
| | | | | ☐ G  _____ |
| 2.24 | **Samuel E Elty** | **51 Wooster Ct** | **De Lage Landen** | ■ D  __2.2__ |
| | | **Bristol, CT 06010** | | ☐ E/F  _____ |
| | | | | ☐ G  _____ |
| 2.25 | **Samuel E Elty** | **51 Wooster Ct** | **De Lage Landen** | ■ D  __2.3__ |
| | | **Bristol, CT 06010** | | ☐ E/F  _____ |
| | | | | ☐ G  _____ |
| 2.26 | **Samuel E Elty** | **51 Wooster Ct** | **US Small Business** | ■ D  __2.18__ |
| | | **Bristol, CT 06010** | **Admin** | ☐ E/F  _____ |
| | | | | ☐ G  _____ |

**Fill in this information to identify the case:**

Debtor name    **CE Electrical Contractors LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>■ Other  **2021-Jan & Feb, P&L Accrual, Total Job Income** | **$490,787.93** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>■ Other  **2020 P&L Accrual, Total Job Income** | **$13,986,374.23** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>■ Other  **2019 P&L Accrual, Total Job Income** | **$10,385,161.47** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | **1120-S, page 1, line 5** | **$6,935.00** |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **CE Electrical Contractors LLC**                                                         Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **To Follow** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **To Follow** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Only returns when suppliers delivered too much product** | | | **$0.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **People's United Bank**<br>**677 W Main St**<br>**New Britain, CT 06053** | **Closed account; took whatever funds remained, probably a few hundred dollars**<br>Last 4 digits of account number:  __7705__ | **2/21** | **Unknown** |

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **CE Electrical Contractors LLC**                    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **GLOBAL MERCHANT CASH, INC., Plaintiff**<br>**vs**<br>**CE ELECTRICAL et al., Defendants**<br>**Index No. 500344/2021** | **Breach of contract and guaranty. filed 01/06/2021** | **Supreme Court of the State of New York**<br>**County of Kings**<br>**360 Adams Street**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **BUSINESS ADVANCE TEAM LLC, d/b/a Everyday Capital, Plaintiff**<br>**vs**<br>**CE ELECTRICAL CONTRACTORS LLC d/b/a Electrical Contractors et al, Defendants**<br>**Filed 1/12/2021** | **Breach of contract and guarantees.** | **Supreme Court of the State of New York**<br>**County of Nassau**<br>**100 Supreme Court Dr.**<br>**Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **NATIONAL SKILLED TRADES MASTERS LLC, Plaintiff**<br>**vs**<br>**CE ELECTRICAL CONTRACTORS LLC, et al., Defendants**<br>**Cause No. D-1-GN-21-000256** | **Petition and Requests for Disclosure, filed 1/15/2021** | **District Court, Travis County, Texas**<br>**200th Judicial Distrcit**<br>**1000 Guadalupe, Room 325**<br>**Austin, TX 78701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Charitable Donations** | **2019, Tax Form 1120S, Schedule K Charitable Contributions** | **2019** | **$5,348.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Debtor | CE Electrical Contractors LLC | Case number *(if known)* | |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **As CEEC left job sites in Florida and elsewhere, General Contractors retained equipment and tools. Where possible, CEEC will work to recover the equipment and tools.** | | | **$0.00** |

---

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Fox Law Corporation, Inc.**<br>**17835 Ventura Blvd.**<br>**Suite 306**<br>**Encino, CA 91316**<br><br>**Email or website address**<br>**srfox@foxlaw.com**<br><br>**Who made the payment, if not debtor?**<br>**Paul Calafiore** | **$105,000 paid in total**<br>**$20,000 transferred to Boatman Law LLC**<br>**$1,738 for Ch11 filing fee; $200 for PHV motion fee**<br>**$30,198.90 paid prepetition to The Fox Law Corporation, Inc.**<br>**$52,863.10 retainer post-filing** | **02/05/2021** | **$85,000.00** |
| 11.2. | **Boatman Law LLC**<br>**155 Sycamore St.**<br>**Glastonbury, CT 06033**<br><br>**Email or website address**<br>**www.boatmanlaw.com**<br><br>**Who made the payment, if not debtor?**<br>**Paul Calafiore** | **$20,000 paid to Boatman Law LLC**<br>**$7,556.61 paid prepetition to Boatman Law LLC.**<br>**$12,443.39 retainer post-filing** | **February 5, 2021** | **$20,000.00** |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Debtor    **CE Electrical Contractors LLC**　　　　　　　　　　　Case number *(if known)*

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Unknown/not related** | **2007 Ford Ram truck, last 4 VIN 1619** | **2019** | **$3,786.00** |
| | **Relationship to debtor**<br>**none** | | | |
| 13.2. | **Unknown/not related** | **2017 GMC VIN 9296** | **12-13-2019** | **$16,029.00** |
| | **Relationship to debtor**<br>**none** | | | |
| 13.3. | **Unknown/not related** | **2001 Chevy Express VIN #1659** | **2/11/2021** | **$500.00** |
| | **Relationship to debtor**<br>**none** | | | |
| 13.4. | **Unknown/not related** | **2002 Ford E150 Van** | | **$500.00** |
| | **Relationship to debtor** | | | |
| 13.5. | **Unknown/not related** | **2002 Dodge RAM Pickup truck** | | **$500.00** |
| | **Relationship to debtor** | | | |
| 13.6. | **Unknown/not related** | **2005 Dodge RAM** | | **$250.00** |
| | **Relationship to debtor** | | | |
| 13.7. | **Unknown/not related** | **2007 Chevy Trailblazer** | | **$400.00** |
| | **Relationship to debtor** | | | |
| 13.8. | **Unknown/not related** | **2003 Chevy Malibu** | | **$400.00** |
| | **Relationship to debtor** | | | |

| Debtor | CE Electrical Contractors LLC | Case number *(if known)* |
|---|---|---|

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.9. | **Unknown/not related** | **2002 Ford E250** | | **$500.00** |
| | Relationship to debtor | | | |
| 13.10. | **CarMax** | Ford Explorer ($17,000) Ford Fusion ($14,000) | | $31,000.00 |
| | Relationship to debtor **None** | | | |

---

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **CE Electrical Contractors LLC**                                  Case number *(if known)*  _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **People's United Bank**<br>**677 W Main St**<br>**New Britain, CT 06053** | XXXX-7705 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February, 2021** | **Unknown** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Paul Calafiore**<br>**51 Wooster Ct**<br>**Bristol, CT 06010** | **51 Wooster Ct**<br>**Bristol, CT 06010** | **Kitchen appliances** | **$0.00** |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | CE Electrical Contractors LLC | Case number *(if known)* | |
|---|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Paquette Giantonio & Company, LLC<br>attn: David M Paquette, CPA<br>2080 Silas Deane Highway<br>Rocky Hill, CT 06067** | **2017 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Paul Calafiore** | |

| Debtor | **CE Electrical Contractors LLC** | Case number *(if known)* | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.    **Samuel Elty** | |
| 26c.3.    **Ariel McCraven** | |
| 26c.4.    **David M. Paquette, CPA** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **De Lage Landen**<br>**111 Old Eagle School Road**<br>**Wayne, PA 19087** |
| 26d.2.    **Everyday Capital**<br>**116 Nassau St, Ste 804**<br>**New York, NY 10038** |
| 26d.3.    **Global Merchant Cash, Inc**<br>**30 Broad St**<br>**New York, NY 10004** |
| 26d.4.    **Liberty Bank**<br>**315 Main St.**<br>**Middletown, CT 06457** |
| 26d.5.    **People's United Bank, NA**<br>**P.O. Box 820/RC 9115**<br>**Burlington, VT 05401** |
| 26d.6.    **US Small Business Administrati**<br>**2 North 20th St., Ste 320**<br>**Birmingham, AL 35203** |
| 26d.7.    **Wellen Capital, LLC**<br>**600 West Jackson Blvd Ste 750**<br>**Chicago, IL 60661** |
| 26d.8.    **BFS Capital Paramount Pmt Syst**<br>**Wellen/AXOS/Merchant Cash Adv**<br>**3301 N. University Dr. Ste 300**<br>**Coral Springs, FL 33065** |
| 26d.9.    **CEPS Develop & Cons LLC**<br>**51 Wooster Court**<br>**Britsol, CT 06051** |
| 26d.10.   **Marlin Capital Solutions**<br>**300 Fellowship Rd**<br>**Mount Laurel, NJ 08054** |
| 26d.11.   **4919 West Wesconnett Blvd LLC**<br>**51 Wooster Ct.**<br>**New Britain, CT 06051** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **CE Electrical Contractors LLC** _____    Case number *(if known)* _____

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul Calafiore | 51 Wooster Court Bristol, CT 06010 | Managing Member | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Samuel Elty | 51 Wooster Court Bristol, CT 06010 | Member | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **To Follow** | | | |

| | Relationship to debtor | | | |
|---|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor    **CE Electrical Contractors LLC**                                      Case number *(if known)*

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  5, 2021**

**/s/ Paul Calafiore**                                      **Paul Calafiore**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Connecticut

In re __CE Electrical Contractors LLC__ _____   Case No. _____

                                         Debtor(s)           Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **20,000.00** |
| Prior to the filing of this statement I have received | $ | **20,000.00** |
| Balance Due | $ | **0.00** |

2.    $__**0.00**__ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ☐ Debtor        ■ Other (specify):    **Paul Calafiore**

4.    The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          **Payment for Attorney for the Debtor: Boatman Law Firm: $20,000.00; paid by Paul Calafiore for the Debtor.**
          **Payment made to Boatman Law prepetition $7,556.61**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__March  5, 2021_____       /s/ Jenna N. Sternberg
*Date*                                    **Jenna N. Sternberg**
                                          *Signature of Attorney*
                                          **Boatman Law LLC**
                                          **155 Sycamore Street**
                                          **Glastonbury, CT 06033**
                                          **(860) 291-9061   Fax: (860) 291-9073**
                                          **jsternberg@boatmanlaw.com**
                                          *Name of law firm*

---

# United States Bankruptcy Court
## District of Connecticut

In re   **CE Electrical Contractors LLC**               Case No. _____

                           Debtor(s)        Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Paul Calafiore**<br>**51 Wooster Ct**<br>**Bristol, CT 06010** | | **50%** | |
| **Samuel Elty**<br>**51 Wooster Ct.**<br>**New Britain, CT 06051** | | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March  5, 2021** _____       Signature   **/s/ Paul Calafiore** _____

                                                             **Paul Calafiore**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Connecticut**

In re    **CE Electrical Contractors LLC**                                    Case No.
                                                    Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March  5, 2021**                    **/s/ Paul Calafiore**
                                    **Paul Calafiore**/**Managing Member**
                                    Signer/Title

.

4919 Wesconnett Blvd, LLC
Attn: Officer, President, CEO
51 Wooster Court
Bristol, CT 06051


4919 West Wesconnett Blvd LLC
Attn: Officer, President, CEO
51 Wooster Ct
Bristol, CT 06010


A1 Service Inc.
Attn: Officer, President, CEO
127 Colony St
Meriden, CT 06451


ACCI Underground Inc.
Attn: Officer, President, CEO
PO Box 2767
Orlando, FL 32802-2767


Accordant Sage
Attn: Officer, President, CEO
365 S. Street. Ste 100
Morristown, NJ 07960


Addison Cable & Wireless Co.
Attn: Officer, President, CEO
PO Box 2013
Burlington, CT 06013


Addison Cable & Wireless Co.,
PO Box 2013
Burlington,, CT 06013


Advance Security Integration L
Attn: Officer, President, CEO
10 Pine St
Plainville, CT 06062


Advanced Electrical Contractor
Attn: Officer, President, CEO
528 Washington Ave
North Haven, CT 06473

Advanced Security Technologies
Attn: Officer, President, CEO
292 Coram Ave
Shelton, CT 06484


AF Standby Systems
Attn: Officer, President, CEO
9311 Solar Dr
Tampa, FL 33619


Aflac
Attn: Officer,  President, CEO
1932 Wynnton Rd
Columbus, GA 31999-7000


All Weather Heating & Cooling
Attn: Officer, President, CEO
710 NE 17th Pl
Ocala, FL 34470


Alpha Omega Instruments
Attn: Officer, President, CEO
4140 World Houston Parkway
Ste 180
Houston, TX 77032


Alta Headwaters, LLC
Attn: Officer, President, CEO
400 Headwaters Way
Orlando, FL 32837


AMA - Legal Dept
Attn: Oscar Gomez
3131 Eastside St., Ste 350
Houston, TX 77098


AMA - Legal Dept
Attn: Michael S. Kelleher, Esq
Corporate Counsel
3131 Eastside St., Ste 350
Houston, TX 77098


American Express
Attn: Officer, President, CEO
PO Box 650448
Dallas, TX 07565-0448

ANI Management Group
Attn: Officer,  President, CEO
15 Ives Road
Hewlett, NY 11557


Anixter
Attn: Officer,  President, CEO
PO Box 847428
Dallas, TX 75284-7428


Atlee Development Group, Inc
Attn: Officer,  President, CEO
5851 Timuquana Rd
Ste 301
Jacksonville, FL 32210


Avis Law Group
c/o Kathleen Miller
PO Box 6293
Carol Stream, IL 60197-6293


Bank of America
P.O. Box 15796
Wilmington, DE 19886-5796


Bank of America B.A.
Attn: Officer,  President, CEO
P.O. Box 982238
El Paso, TX 79998-2238


BFS Capital Paramount Pmt Syst
Wellen/AXOS/Merchant Cash Adv
Attn: Officer,  President, CE
3301 N. University Dr. Ste 300
Coral Springs, FL 33065


BMW Financial Services
Attn: Officer,  President, CEO
P O Box 78103
Phoenix, AZ 85062-8103


Brattan National, LLC
Attn: Officer,  President, CEO
95 Russell St
Littletown, MA 01460

Cameron Drilling Co., Inc.
Attn: Officer, President, CEO
12500 Washington Ave
Rockville, MD 20852


Canon Financial Services, Inc.
Attn: Officer, President, CEO
PO Box 5008
Mount Laurel, NJ 08054


Capital Electric - JC to Corp
Attn: Officer, President, CEO
PO Box 404749
Atlanta, GA 30384-4749


CCS Construction Staffing
Attn: Officer, President, CEO
PO Box 791638
Charolette, NC 28206


CED
Attn: Officer, President, CEO
PO Box 936240
Atlanta, GA 31193-6240


Central Florida Expressway Aut
PO Box 585070
Orlando,, FL 32858-5070


Central Florida Expwy Authorit
Attn: Officer, President, CEO
PO Box 585070
Orlando, FL 32858-5070


CEPS Develop & Cons LLC
Attn: Officer, President, CEO
51 Wooster Court
Britsol, CT 06051


Charles I. Miller
Law Offices of Charles Miller
PMB 108, 1245 Farmington Ave.
West Hartford, CT 06107

Charlie Electric
Attn: Officer, President, CEO
2840 Lantana Lakes Dr E
Jacksonville, FL 32246

City Electric Supply
Attn: Officer, President, CEO
Attn: Accts Rcvble Charleston
PO Box 131811
Dallas, TX 75313

Clear Line Detailing, LLC
Attn: Officer, President, CEO
35 High Bridge Road
Bantam, CT 06750

Colony Hardware
Attn: Officer, President, CEO
PO Box 21216
New York, NY 10087-1216

Comcast Business
Attn: Officer, President, CEO
141 NW 16th St
Pompano Beach, FL 33060-5250

Commercial Collection Corp
Attn: Bobbie Jo Ives
34 Seymour St.
Tonawanda, NY 14150

Connecticut Mason Contractors
75 Bysiewicz Dr
Middletown,, CT 06457

Crews Electrical Testing, Inc.
Attn: Officer, President, CEO
6148 Tim Crews Rd
Macclenny, FL 32063

Critical System Solutions, LLC
Attn: Officer, President, CEO
2830 Scherer Dr., Ste 300
St. Petersburg, FL 33716

Crucial Systems LLC
Attn: Officer, President, CEO
12 James Place
Plainville, CT 06062


Cummins
Attn: Officer, President, CEO
914 Cromwell Ave
Rocky Hill, CT 06067


CWPM
Attn: Officer, President, CEO
PO Box 415
Plainville, CT 06067


D&D Auto Fleet
Attn: Officer, President, CEO
6211 Blanding Blvd
Jacksonville, FL 32244


Daniel Goldberg
Counsel for Rexell
RUBERTO ISRAEL & WEINER
255 State St., 7th Floor
Boston, MA 02109


De Lage Landen
Attn: Officer, President, CEO
1111 Old Eagle School Rd
Wayne, PA 19087


Deltek
Attn: Officer, President, CEO
2291 Wood Oak Drive
Herndon, VA 20171


DEPartment of Revenue Services
PO Box 2965
Hartford,, CT 06104-2965


Duval County Tax Collector
c/o Jim Overton
PO Box 44009
Jacksonville, FL 32231-4009

```
Duvall County Tax Collector
Attn: Jim Overton
PO Box 44009
Jacksonville, FL 32231-4009


Eagle Leasing Company
Attn: Officer, President, CEO
PO Box 923
Orange, CT 06477-0923


Electrical Systems Integration
Attn: Officer, President, CEO
PO Box 1239
Old Saybrook, CT 06475


Equipment Share
Attn: Officer, President, CEO
2511 Broadway Bluffs Dr
Ste 202
Columbia, MO 65201


Everyday Capital
Attn: Officer, President, CEO
116 Nassau St, Ste 804
New York, NY 10038


Fed Ex
PO Box 371461
Pittsburgh, PA 15250-7461


Federated Insurance
Attn: Officer, President, CEO
515 Centerpoint Dr
Middletown, CT 06457


Firestone Complete Auto Care
Attn: Officer, President, CEO
PO Box 403727
Atlanta, GA 30384-3727


Firetech
Attn: Officer, President, CEO
486 Derby Ave
West Haven, CT 06516
```

Ford & Paulekas, LLP
Attn: Officer, President, CEO
280 Trumbell St
Hartford, CT 06103


Ford Credit
Attn: Officer, President, CEO
Ntnl Bankruptcy Service Center
PO Box 62180
Colorado Springs, CO 80962


Global Merchant Cash, Inc
Attn: Officer, President, CEO
64 Beaver St., Ste 415
New York, NY 10001


Global Merchant Cash, Inc
Attn: Officer,  President, CEO
30 Broad St
New York, NY 10004


GM Financial
Attn: Officer, President, CEO
P.O. Box 78143
Phoenix, AZ 85062-8143


GPRS
Attn: Officer, President, CEO
5217 Monroe St
Toledo,, OH 43623


Grainger
Attn: Officer, President, CEO
Dept 886110270
Palatine, IL 60038-0001


Greenberg, Grant and Richards
Attn: Officer, President, CEO
5858 Westheimer Rd., Ste 500
Houston, TX 77057


Gulf 6153
Attn: Officer, President, CEO
PO Box 6293
Carol Stream,, IL 60197-6293

Hardhat Workforce Solutions, L
Attn: Officer, President, CEO
1302 Jefferson Rd
Greensboro, NC 27410


Headwaters Apartment Complex
4000 Headwaters Way
Orlando, FL 32837


Herc Rentals
Attn: Officer, President, CEO
PO Box 936257
Atlanta, GA 31193


High Voltage Maintenance Corp.
Attn: Officer, President, CEO
24865 Network Pl
Chicago, IL 60673-1248


Hilti Inc
Attn: Officer, President, CEO
PO Box 70299
Philadelphia, PA 19176-0299


IKON EFS
Attn: Officer, President, CEO
3404 Busch Dr SW, Ste E
Grandville, MI 49418


Internal Revenue Service
Centralized Insolvency Operati
P.O. Box 21126
Philadelphia, PA 19114


Johnson Controls Fire Protecti
Attn: Officer, President, CEO
CH 10320
Palatine, IL 60055-0320


JSC Systems, Inc.
Attn: Officer, President, CEO
PO Box 551629
Jacksonville, FL 32255-1629

KGS Associates, LLC
c/o Kathryn G Shea
PO Box 776
Plainville,, CT 06062


Kinsley Power Systems
Attn: Officer, President, CEO
14 Connecticut South Dr
East Granby, CT 06026


Legacy Lighting LLC
Attn: Officer, President, CEO
302-A Brogdon Rd
Suwanee, GA 30024


Liberty Bank
Attn: Officer,  President, CEO
315 Main St.
Middletown, CT 06457


Liberty Bank
Attn: Officer,  President, CEO
48 East Street
Plainville, CT 06062


Marcum Accountants Advisors
Attn: Officer, President, CEO
555 Long Wharf Dr, 8th Flr
New Haven, CT 06511


Marlin Capital Solutions
Attn: Officer, President, CEO
300 Fellowship Rd
Mount Laurel, NJ 08054


Marlin Capital Solutions
P.O. Box 13604
Philadelphia, PA 19101


Merchant Cash Advance for
Wellen Capital for AXOS
Attn: Officer,  President, CE
3301 N. University Dr. Ste 300
Coral Springs, FL 33065

MyFleetCenter.com
Attn: Officer, President, CEO
PO Box 620130
Middleton, WI 53562


National Skilled Trades Master
c/o Megan M. Coker
111 Congress Ave., Ste 900
Austin, TX 78701


National Skilled Trades Master
Attn: Officer, President, CEO
6532 LBJ Freeway
Dallas, TX 75240


Northeast Electrical Distribut
Attn: Officer, President, CEO
90 Murphy Rd
Hartford, CT 06114


Paquette Giantonio & Company,
Attn: Officer, President, CEO
2080 Silas Deane Highway
Rocky Hill, CT 06067


Paul Calafiore
51 Wooster Ct
Bristol, CT 06010


People's United Bank
Attn: Officer,  President, CEO
677 W Main St
New Britain, CT 06053


People's United Bank Natl Asso
Attn: Officer, President, CEO
Bridgeport Center Branch
850 Main St
Bridgeport, CT 06604


People's United Bank, N.A.
Attn: Officer,  President, CEO
PO Box 205
Brattleboro, VT 05302-0205

People's United Bank, NA
Attn: Officer, President, CEO
P.O. Box 820/RC 9115
Burlington, VT 05401


Power + Prefab, LLC
Attn: Officer, President, CEO
4140 SW Martin Dr
Topeka, KS 66609


PPI Benefit Solutions -
United Healthcare
Attn: Officer, President, CEO
10 Research Parkway Ste 200
Wallingford, CT 06492


PPI Benefit Solutions - United
10 Research Parkway
Ste 200
Wallingford,, CT 06492


Rexel
Attn: Officer, President, CEO
PO Box 417803
Boston, MA 02241-7803


Ritz Safety Supplies
Attn: Officer, President, CEO
PO Box 713139
Cincinnati, OH 45271-3139


Ryan Business Systems
Attn: Officer, President, CEO
455 Governors Highway
South Windsor, CT 06074-2510


Samuel E Elty
51 Wooster Ct
Bristol, CT 06010


Secure Self Storage
Attn: Officer, President, CEO
5909 Blair Rd NW
Washington, DC 20011

Security and Fire Electronics,
Attn: Officer, President, CEO
2590 Dobbs Rd
St. Augustine, FL 32086


Sky Testing Services, Inc.
Attn: Officer, President, CEO
PO Box 278
Dewitt, NY 13214


SNI COMPANIES
Attn: Officer, President, CEO
PO Box 840912
Dallas, TX 75284-0912


South Side Blueprint
1889 Southampton Rd
Jacksonville,, FL 32207


Southern New England Electrica
Attn: Officer, President, CEO
3 Buel Street Unit 4
Wallingford, CT 06492


Southside Blueprint LLC
Attn: Officer, President, CEO
1889 Sothampton Rd
Jacksonville, FL 32207


State of Connecticut
Department of Revenue Services
Attn: Commissioner
450 Columbus Blvd., Ste 1
Hartford, CT 06103-1837


State of Connecticut
Department of Revenue Services
P.O. Box 2965
Hartford, CT 06104-2965


Sterling Concrete Cutting LLC
Attn: Officer, President, CEO
1011 Exchange Place, Ste 111
St. Cloud, FL 34769

Suburban
691 High St
Middletown,, CT 06457


Summit Crane
19 Sparks St
Plainville,, CT 06062


Sunbelt Rentals, Inc. - CT
Attn: Officer, President, CEO
PO Box 409211
Atlanta, GA 30384-9211


Sunderland Electric
Attn: Officer, President, CEO
208 Hoover St
New Haven, CT 06512


TEC Control Systems
Attn: Officer, President, CEO
67 Britton Ave
Torrington, CT 06790


The Northeast Companies Inc
Attn: Officer, President, CEO
250 Pomeroy Ave Ste 102
Meriden, CT 06450


Thomaston Savings Bank
Attn: Officer, President, CEO
203 Main Street
Thomaston, CT 06787


TIAA Bank fka Everbank
Attn: Officer, President, CEO
501 Riverside Ave.
Jacksonville, FL 32202


Topaz Engineering Supply
Attn: Officer, President, CEO
35 Pond Park Rd., Ste 20
Hingham, MA 02043

TPC Associates, Inc.
Attn: Officer, President, CEO
261 Pepe's Farm Rd
Milford, CT 06460


Trades Masters
Attn: Officer, President, CEO
PO Box 702727
Dallas, TX 75370


Trova Design Consultants, Inc.
Attn: Officer, President, CEO
92 Elm St
Pittsfield, MA 01201


Turtle & Hughes Inc.
Attn: Officer, President, CEO
900 Lower Rd
Linden, NJ 07036


U.S. Small Business Admin
Attn: Officer, President, CEO
2 North 20th St Ste 320
Birmingham, AL 35203


U.S. Small Business Administra
Attn: Officer, President, CEO
2 North 20th St, Ste 320
Birmingham, AL 35203


United Rentals
Attn: Officer, President, CEO
PO Box 100711
Atlanta, GA 30384-0711


Universal Towing Inc.
Attn: Officer, President, CEO
542 LPGA Blvd
Holly Hill, FL 32117


US Small Business Admin
Attn: Officer,  President, CEO
2 North 20th St Ste 320
Birmingham, AL 35203

USA LED Lighting Solutions
Tiger Technologies LLC dba USA
Attn: Officer, President, CEO
330 Main St South
Southbury, CT 06488


USA LED Lighting Solutions
dba USA LED
330 Main St South
Southbury,, CT 06488


Utica Insurance
Attn: Officer, President, CEO
PO Box 6532
Utica, NY 13504-6532


Utica Insurance
Attn: Officer, President, CEO
180 Genesee St.
New Hartford, NY 13413


Vadim Serebro, Atty for Busine
Advance Team dba Everyday Cap
55 Broadway, 3rd Floor
New York, NY 10006


VALLEY BOLT & SCREW
Attn: Officer, President, CEO
65 Brook St
P Box 1143
Torrington, CT 06790


Verizon
PO Box 15062
Albany,, NY 12212-5062


Vonage
Attn: Officer, President, CEO
PO Box 392415
Pittsburgh, PA 15251-9415


W. B. Mason
Attn: Officer, President, CEO
PO Box 981101
Boston, MA 02298-1101

Weinstein & Wisser
Attn: Officer, President, CEO
29 South Main St., Ste 207
West Hartford, CT 06107


Wellen Capital, LLC
Attn: Officer,  President, CE
600 West Jackson Blvd. Ste 750
Chicago, IL 60661


WEX Fuel Card
Attn: Officer, President, CEO
PO Box 6293
Carol Stream, IL 60197-6293


Wise Components
Attn: Officer, President, CEO
PO Box 11606
Newark, NJ 07101-5806


World Electric Supply
Attn: Officer, President, CEO
569 Stuart Lane
Jacksonville, FL 32254


Yale Electric
55 Shawmut Rd
Canton,, MA 02021


Yale Electric East LLC
Attn: Officer, President, CEO
55 Shawmut Rd
Canton, MA 02021


Yeshaya Gorkin, Esq.
P.O. Box 605
New York, NY 10038

# United States Bankruptcy Court
## District of Connecticut

In re   **CE Electrical Contractors LLC** _____     Case No. _____

_____ Debtor(s)     Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CE Electrical Contractors LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Paul Calafiore**
**51 Wooster Ct**
**Bristol, CT 06010**
_____

**Samuel Elty**
**51 Wooster Ct.**
**New Britain, CT 06051**
_____

☐ None [*Check if applicable*]

**March  5, 2021** _____       **/s/ Jenna N. Sternberg** _____
Date                                          **Jenna N. Sternberg**
                                              Signature of Attorney or Litigant
                                              Counsel for   **CE Electrical Contractors LLC** _____
                                              **Boatman Law LLC**
                                              **155 Sycamore Street**
                                              **Glastonbury, CT 06033**
                                              **(860) 291-9061 Fax:(860) 291-9073**
                                              **jsternberg@boatmanlaw.com**